UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PAE HUE YENG XIONG** | : | **DOCKET NO. 20-cv-0950** |
| **REG. # 08898-089** | | **SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **ALBERT THOMAS** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the claim for monetary damages related to the changes in Xiong's conditions of confinement be **DISMISSED WITH PREJUDICE** and claims related to loss of good time credits be **DISMISSED WITH PREJUDICE** to their being asserted again until the *Heck* bar in this matter has been lifted.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED** in Chambers, on this 6th day of January 2021.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**